# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## CHAPTER 13 PLAN

In re:  **Linda Mutascio**                                      **Case No. 12-16809**
        **Debtor**                        **8-16-12**

     If this form is used by joint debtors, wherever the word "debtor" or words referring to debtor are used, they shall be read as if in the plural.  The Debtor proposes the following plan of reorganization:

1.  The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor or the debtor's employer shall pay to the trustee the sum of  **$1,385.00 for months 1 through 60,**

    a.  PRIORITY CLAIMS: Full payment in deferred cash payments of all allowed claims entitled to priority under 11 U.S.C.  507 and the Trustee's Commission under 28 U.S.C. 586(e)(B), shall be paid the following amounts prior to payment of other claims:

        **Trustee $**                                      **Zachary Perlick, Esquire   $3,5000.00**
        **Internal Revenue Service           $17,000.00**

    b. (1)  SECURED CLAIMS (ARREARS):  Secured claims shall be paid the net amount due as of the date of filing or the value of the collateral, whichever is less.  Creditors shall retain their liens until the allowed secured portion of the claim is fully paid.  The following creditors claims are fully secured and the Debtor will pay the arrears via the Chapter 13 Trustee:

        **Wells Fargo              $55,000.00**
        **All other secured claims are to be paid outside of the plan.**

    c.  UNSECURED CLAIMS: Subsequent to full payment of priority and secured claims, the trustee shall pay pro rata to unsecured creditors claims.

2.      **Summary**
        **Admin.\Unsecured Creditors            $ 7,550.00**
        **Internal Revenue Service              $17,000.00**
        **Wells Fargo                           $55,000.00**
        **Zachary Perlick, Esquire              $ 3,500.00**
                **Total Plan      $83,050.00**

3. LEASES AND EXECUTORY CONTRACTS:  The Debtor hereby assumes the following unexpired leases and executory contracts and rejects all others:
    none

4. LIEN AVOIDANCE:  The Debtor intends to file a motion pursuant to F.R.B.P.4003(d) to avoid all nonpossessory, nonpurchase money security interests and judicial liens as provided by 11 U.S.C. 522(f) and the plan herein provides for payment of such liens as general unsecured claims only.  Any creditor's claim or portion thereof not listed in paragraph "b." above is to be treated as an unsecured claim, and unless an objection is filed prior to Confirmation, unsecured status will be binding upon said creditor.

Title to the debtor's property shall revest in the debtor upon confirmation of the plan or upon dismissal of the case, however, the automatic stay shall remain in place through the life of the plan.

                        /Zachary Perlick, Esquire/
                        ZACHARY PERLICK, ESQUIRE